**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JIMMY DEWAYNE STANLEY, JR.**                                                    **PLAINTIFF**

**v.**                                    **CASE NO. 4:25-CV-00966-BSM**

**MAINLINE CLINIC**                                                                **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 19th day of September, 2025.


_____
UNITED STATES DISTRICT JUDGE